**Order entered December 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00719-CV

**CAMERON MCPHERSON, Appellant**

**V.**

**BRIAN DAVID RUDMAN, M.D., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05858**

## ORDER

Before the Court is appellant's December 14, 2016 second unopposed motion for an extension of time to file appellant's brief. We **GRANT** the motion.

We **ORDER** appellant to file the brief on or before **DECEMBER 21, 2016**. We caution appellant that further requests for an extension of time will be disfavored.

/s/    CRAIG STODDART
        JUSTICE